UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|     Plaintiff,   ) | |
| ) | |
| v.   ) | Docket No. 2:16-mj-33 |
| ) | |
| JONATHAN SCOTT,   ) | |
|     Defendant.   ) | |

**MOTION FOR DETENTION**

NOW COMES the United States of America, by and through its attorney, Eugenia A.P. Cowles, Acting United States Attorney for the District of Vermont moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility for Detention.  This defendant is eligible for detention because the case involves a serious risk that defendant will flee.

2. Reason For Detention.  The Court should detain the defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required. Defendant is presented on a warrant for his arrest for multiple probation violations.  Defendant was previously arrested on similar allegations on September 29, 2015.  Defendant was released by the U.S. District Court for the Eastern District of New York on October 29, 2015, after the defendant's father stated that the defendant could reside with him in Brooklyn.  Defendant again absconded, failing to report to the Probation Department on November 3, 2015.  The instant warrant was issued on November 10, 2015, and Defendant made no effort to cease his fugitive status from that date until his arrest yesterday.  For these reasons, the government asks that the Court detain Jonathan Scott pending his transfer to the Eastern District of New York.

1

3. <u>Time For Detention Hearing</u>.  The United States requests the court conduct the detention hearing at first appearance.

Dated at Burlington, in the District of Vermont, March 1, 2016.

        Respectfully submitted,

        ERIC S. MILLER
        United States Attorney

By:    /s/ *Jonathan A. Ophardt*
       JONATHAN A. OPHARDT
       Assistant U.S. Attorney
       P.O. Box 570
       Burlington, VT 05402-0570
       (802) 951-6725
       Jon.Ophardt@usdoj.gov